CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

NOV 09 2006

JOHN F. CORCORAN, CLERK
BY: /s/ 
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| THE UNITED COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | Civil Action No.: 1:06cv00071 |
| JEFFREY J. KEENAN, | ) | |
| | ) | |
| Defendant. | ) | By: GLEN M. WILLIAMS |
| | ) | Senior United States District Judge |

This case is before the court on the plaintiff's Motion to Remand, (Docket Item No. 13). The case was referred, pursuant to 28 U.S.C. § 636(b)(1)(B), to the Honorable Pamela Meade Sargent, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that the plaintiff's Motion to Remand be denied. Objections to the report and recommendation have not been filed, and the court, upon review of the record, is of the opinion that the report should be affirmed.

For the reasons detailed in the Magistrate Judge's report and recommendation, the plaintiff's Motion to Remand is hereby **DENIED**. The Clerk is directed to enter this Order and send certified copies to all counsel of record.

ENTER: This 9th day of November, 2006.

/s/ Glen M. Williams

THE HONORABLE GLEN M. WILLIAMS
SENIOR UNITED STATES DISTRICT JUDGE