CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN 0 8 2007

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| THE UNITED COMPANY, | ) | |
| Plaintiff, | ) | Civil Action No. 1:06cv00071 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JEFFREY J. KEENAN, | ) | By: GLEN M. WILLIAMS |
| Defendant. | ) | Senior United States District Judge |

This case is currently before the court on the Plaintiff's Motion for Leave to File Second Amended Complaint, (Docket Item No. 32), (the "Motion"), which was filed on April 17, 2007. The case was referred, pursuant to 28 U.S.C. § 636(b)(1)(B), to the Honorable Pamela Meade Sargent, United States Magistrate Judge. On May 11, 2007, the Magistrate Judge filed a report, (Docket Item No. 44), (the "Report"), recommending that the Motion be denied. Objections to the Report were due by May 31, 2007; however, no objections have been filed. Upon a review of the record, the court is of the opinion that the Report should be **ACCEPTED**.

For the reasons detailed in the Magistrate Judge's Report, the Motion is hereby **DENIED**. The Clerk is directed to enter this Order and send certified copies to all counsel of record.

ENTER: This 8th day of June, 2007.

/s/ Glen M. Williams
THE HONORABLE GLEN M. WILLIAMS
SENIOR UNITED STATES DISTRICT JUDGE